Martin V. W. Hall against the Woodmere Homestead Company and others.

PER CURIAM. Order of the County Court of Nassau County affirmed, with $10 costs and disbursements. Inasmuch as it affords the appellant an opportunity to try the case, the County Court should see to it that, although the period for trial named in the order has expired, the defendant may still have such opportunity, but, in justice to the respondent, at the earliest day possible. See, also, 148 N. Y. Supp. 1118.

---

HALLOCK, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Freeman C. Hallock against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

FOOTE, J., dissents, upon the ground that it was error to refuse defendant's request to charge on the question of plaintiff's assumption of the risk. See Seaboard Air Line Railway v. Horton, 233 U. S. 492, 34 Sup. Ct. 635, 58 L. Ed. —.

---

In re HALVORSEN. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) In the matter of the application of Minnie J. Halvorsen. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re HAMILTON PLACE. (Supreme Court, Appellate Division, First Department. June 19, 1914.) In the matter of Hamilton Place. No opinion. Reference ordered. Order filed.

---

HARNICK, Respondent, v. LACKAWANNA BRIDGE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Henry Harnick against the Lackawanna Bridge Company. No opinion. Judgment and order affirmed, with costs.

---

HARRIS, Respondent, v. CLYNDON CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Samuel Harris against the Clyndon Contracting Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

HARRIS, Respondent, v. TED SNYDER CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by Charles K. Harris against the Ted Snyder Company and others. D. Gerber, of New York City, for appellants. A. H. Rosenfeld, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

HART et al., Appellants, v. LANCASTER SEA BEACH IMPROVEMENT CO., Respondent. (Supreme Court, Appellate Division, Sec-

ond Department. June 19, 1914.) Action by Henry Hart and others against the Lancaster Sea Beach Improvement Company.

PER CURIAM. Motion denied, without costs, on condition that the defendant stipulate, within five days after the entry of the order herein, that upon the trial of the action plaintiffs' right to injunctive relief, if any, shall not be prejudiced by reason of any acts of the defendant committed during the pendency of this action.

---

HAVERY, Appellant, v. WAGSTAFF, Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Margaret P. Havery against Alfred Wagstaff, as executor, etc. A. S. Gilbert, of New York City, for appellant. H. Barry, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 147 N. Y. Supp. 1115.

---

HAYMAN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Millie L. Hayman against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs. See Hayman v. City of New York, 148 N. Y. Supp. 63, decided herewith. See, also, 148 N. Y. Supp. 1119.

---

HAYMAN v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Millie L. Hayman against the City of New York and another. No opinion. Motions denied, without costs. See, also, 148 N. Y. Supp. 1119.

---

HEIFERMAN v. GREENHUT CLOAK CO. (No. 5927.) (Supreme Court, Appellate Division, First Department. June 12, 1914.) Appeal from Appellate Term, First Department. Action by Frank Heiferman against the Greenhut Cloak Company. From a determination of the Appellate Term (83 Misc. Rep. 435, 145 N. Y. Supp. 142), reversing an order of the City Court setting aside a verdict and granting a new trial (143 N. Y. Supp. 411), and from an order of the City Court entered upon such determination, defendant appeals. Determination of Appellate Term and order of City Court thereon entered reversed, and the original order affirmed. See, also, 146 N. Y. Supp. 1094. David L. Podell, of New York City, for appellant. George H. Francoeur, of New York City, for respondent.

PER CURIAM. We think the order of the trial judge setting aside the verdict and granting a new trial was under the circumstances proper, and that such order should not have been reversed. The determination of the Appellate Term and the order of the City Court thereupon entered are therefore reversed, with costs in this court and in the Appellate Term, and the original order of the City Court affirmed.